UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-CV-1900-ZMB |
| | ) | |
| THE WASHINGTON UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The undersigned United States District Judge recuses himself in this matter and, accordingly, directs the Clerk of Court to refer this case to another judge by random selection.

So ordered this 4th day of November 2026.

ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE